**In re the Marriage of Linda Marcell WILLIAMS, Respondent,**

v.

**Larry R. WILLIAMS, Appellant.**

No. WD 44272.

Missouri Court of Appeals, Western District.

Feb. 11, 1992.

David Edward Martin, Independence, for appellant.

Kathleen Matthews, Kansas City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

**PER CURIAM.**

Appeal from portions of Decree of Dissolution relating to child custody, child support, maintenance, property division and attorney's fees.

Judgment affirmed. Rule 84.16(b).